# Exhibit E

← **Tweet**



**_MG_** @_MG_ · Dec 1, 2021
Damn, so @briankrebs got played by the ex employee trying to extort his company, and it resulted in billions of dollars in losses for the company.

This is a fun one to add to your Inside Threat profiles.

> 🖥 **BleepingComputer** ✔ @BleepinComputer · Dec 1, 2021
> A former Ubiquiti employee was arrested and charged today with stealing confidential files from the company's AWS and GitHub infrastructure and attempting to extort his employer while posing as an anonymous hacker and a whistleblower - @serghei
> bleepingcomputer.com/news/security/...

💬 11          ⟲ 68          ♡ 242          ⬆



**briankrebs** ✔
@briankrebs

Replying to @_MG_

Reading my original story from March and the govt indictment, it appears the facts in the piece are correct. The story never touched on who might have been responsible.

6:56 PM · Dec 2, 2021 · Twitter Web App

**1** Quote Tweet    **11** Likes

💬          ⟲          ♡          ⬆