AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| UBIQUITI INC. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:22-cv-00352 |
| BRIAN KREBS AND KREBS ON SECURITY LLC | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Ubiquiti Inc.

Date: 04/01/2022

*Attorney's signature*

Thomas A. Clare, P.C. (VSB #39299)
*Printed name and bar number*

10 Prince Street
Alexandria, VA 22314
*Address*

tom@clarelocke.com
*E-mail address*

(202) 628-7400
*Telephone number*

*FAX number*