**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**



April 12, 2022

United States District Court for the Eastern District of Virginia
Alexandria
401 Courthouse Square
Alexandria, VA, 22314, United States

Re: Ubiquiti Inc.
v. Brian Krebs, et al.

Case or Matter No.: 1:22-cv-00352-RDA-IDD

**CERTIFICATE OF COMPLIANCE**

I hereby certify that in Richmond, Virginia on April 11, 2022, the following process in the above-styled matter was served on me as statutory agent for Krebs on Security LLC in accordance with § 12.1-19.1 of the Code of Virginia by FED EX, and that on April 12, 2022, a copy of the Service of Process was sent by first-class United States mail to:

Krebs on Security LLC
4522 Little River Run Dr
Annandale, VA, 22003, United States

A copy of the request of the person seeking service is also submitted herewith.

Dated: April 12, 2022

Sincerely,

Bernard J. Logan
Clerk of the Commission

TYLER BUILDING, 1300 EAST MAIN STREET, RICHMOND, VA 23219-3630 ◆ WEBSITE: scc.virginia.gov



SOP-19.1
(10/19)

# COMMONWEALTH OF VIRGINIA
# STATE CORPORATION COMMISSION

## SERVICE OF PROCESS, NOTICE, ORDER OR DEMAND
## ON THE CLERK OF THE STATE CORPORATION COMMISSION
## AS STATUTORY AGENT

1. Service on the Clerk of the State Corporation Commission relates to the following proceeding:

   Style of Proceeding: __Ubiquiti Inc. v. Brian Krebs and Krebs on Security LLC__
   (e.g. name of the plaintiff vs. name of the defendant, or In the matter of..., etc.)

   Proceeding Pending in: __U.S. District Court for the Eastern District of Virginia__
   (Jurisdiction)                          (Name of Court or Tribunal)

   Court's Case / Matter No.: __1:22-cv-00352__

   Court's Address: __401 Courthouse Square, Alexandria, VA 22314__
   (Mailing Address)

2. Service on the Clerk of the State Corporation Commission is being made pursuant to Virginia Code §§ 12.1-19.1 and **(mark the appropriate box):**   [See the Instructions for more information.]

   | | | | |
   |---|---|---|---|
   | ☐ 13.1-637 B | ☐ 13.1-928 B | ☐ 38.2-801 | ☐ 50-73.58:1 C |
   | ☐ 13.1-758 F | ☐ 13.1-929 E | ☐ 38.2-809 | ☐ 50-73.59 E |
   | ☐ 13.1-766 B | ☐ 13.1-930 D | ☐ 38.2-1216 | ☐ 50-73.134 F |
   | ☐ 13.1-767 D | ☑ 13.1-1018 B | ☐ 38.2-5103 | ☐ 50-73.135 G |
   | ☐ 13.1-768 D | ☐ 13.1-1056 D | ☐ 50-73.7 B | ☐ 50-73.139 |
   | ☐ 13.1-836 B | ☐ 13.1-1056.1 C | ☐ 50-73.58 D | ☐ 50-73.140 |
   | ☐ 13.1-920 E | ☐ 13.1-1057 E | | |

   ☐ Other Virginia Code section or statutory authority (specify): _____

3. Pursuant to the foregoing legal authority, the Clerk of the Commission is being served as statutory agent of __Krebs on Security LLC__,
   (name of defendant / business entity)

   whose mailing address for this service of process is   [One address per form. See Instructions.]

   __4522 LITTLE RIVER RUN DR__       __ANNANDALE__   __VA__   __22003__
   (number / street, P.O. Box, Rural Route, etc.)   (city or town)   (state)   (zip code)

4. The Clerk's Office should mail its receipt (or rejection letter) to:

   Name: __Daniel P. Watkins__

   Attn: _____

   Address: __10 Prince Street          Alexandria VA 22314__
   (number / street, P.O. Box, Rural Route, etc.)   (city or town)   (state)   (zip code)

   Telephone No: __202-628-7400__   Email: __daniel@clarelocke.com__
   (optional)                            (optional)

**THREE COPIES OF THIS FORM MUST BE SUBMITTED
WITH TWO COPIES OF THE PAPERS TO BE SERVED**

**REVIEW THE INSTRUCTIONS BEFORE SUBMITTING THIS FORM**

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| UBIQUITI INC., | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 1:22-cv-00352 |
| BRIAN KREBS, and KREBS ON SECURITY, LLC, | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* KREBS ON SECURITY, LLC,
4522 LITTLE RIVER RUN DR
ANNANDALE, VA, 22003

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Daniel P. Watkins
Clare Locke LLP
10 Prince Street
Alexandria, VA 22314
daniel@clarelocke.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____03/31/2022_____   Niambi Neblett
Digitally signed by Niambi Neblett
Date: 2022.03.31 09:21:58 -04'00'

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:22-cv-352

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
   _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
   _____ , a person of suitable age and discretion who resides there,
   on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
   designated by law to accept service of process on behalf of *(name of organization)* _____
   _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

### NOTICE

**CONSENT TO TRIAL BY MAGISTRATE JUDGE**

Pursuant to Federal Rule of Civil Procedure 73 and 28 U.S.C. § 636(c) you have the right to have your case conducted before a United States Magistrate Judge upon consent of all parties. In order to proceed before the Magistrate Judge, a consent form must be filed with the Clerk's Office. It may be filed jointly or separately. The consent form may be printed from the U.S. District Court website (listed below) or obtained from the Clerk's Office. Please refer to the previously mentioned rule for further information.

**FINANCIAL INTEREST DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.1, a financial interest disclosure statement must be filed by a "nongovernmental corporation, partnership, trust, [or] other similar entity that is a party to, or that appears in, an action or proceeding in this Court." This statement should be filed with "the party's first appearance, pleading, petition, motion, response, or other request addressed to the Court. The financial interest disclosure statement may be printed from the U.S. District Court website (listed below) or obtained from the Clerk's Office. Please refer to the previously mentioned rule for further information.

**ALEXANDRIA DIVISION SPECIFIC INFORMATION**

Information regarding Alexandria Chambers Copy, Civil and Criminal Motions Procedures, and Other Division-Specific information can be found on the U.S. District Court website at:
http://www.vaed.uscourts.gov/ecf/documents/AlexandriaInformation-01-01-18_000.pdf

**WEBSITE AND CLERK'S OFFICES ADDRESSES**

The website address for the U.S. District Court for the Eastern District of Virginia is www.vaed.uscourts.gov. If you do not have access to a computer, contact one of the Clerk's Offices listed below to obtain either of these forms:

Albert V. Bryan United States Courthouse
401 Courthouse Square
Alexandria, VA 22314
(703) 299-2101

Walter E. Hoffman United States Courthouse
600 Granby Street
Norfolk, VA 23510
(757) 222-7201

Spotswood W. Robinson, III
and Robert R. Merhige, Jr. Federal Courthouse
701 East Broad Street
Suite 3000
Richmond, VA 23219
(804) 916-2220

U.S Federal Courthouse
2400 West Avenue
Newport News, VA 23607
(757) 247-0784