# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| UBIQUITY, INC., | ) |
| *Plaintiff*, | ) ) ) |
| v. | ) Civil Action No. 1:22-CV-00352-RDA-IDD |
| BRIAN KREBS and KREBS ON SECURITY, LLC, | ) ) ) ) |
| *Defendants*. | ) |

## ORDER

Upon consideration of Defendant Krebs on Security, LLC's Unopposed Motion to Extend Time and the Court's finding good cause to grant the Motion, it is hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED that Defendant Krebs on Security, LLC shall respond to the Complaint on or before June 6, 2022.

_____
U.S. District Judge Rossie D. Alston, Jr.