# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| UBIQUITY, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> BRIAN KREBS and KREBS ON SECURITY, LLC, <br><br> *Defendants*. | ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:22-CV-00352-RDA-IDD |

## ORDER

Upon consideration of Defendant Krebs on Security, LLC's Consent Motion to Extend Time and the Court's finding good cause to grant the Motion, it is hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED that Defendant Krebs on Security, LLC shall respond to the Complaint on or before July 20, 2022.

_____
U.S. District Judge Rossie D. Alston, Jr.