# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| UBIQUITY, INC., | ) |
| *Plaintiff*, | ) ) ) |
| v. | ) Civil Action No. 1:22-CV-00352-RDA-IDD |
| BRIAN KREBS and KREBS ON SECURITY, LLC, | ) ) ) |
| *Defendants*. | ) |

## ORDER

This matter is before the Court on Defendant Krebs on Security, LLC's Consent Motion to Extend Time. Upon consideration of the Motion and for good cause shown, it is hereby

ORDERED that the Motion is **GRANTED**; and it is further

ORDERED that Defendant Krebs on Security, LLC shall respond to the Complaint on or before July 20, 2022.

June 3, 2022
Alexandria, Virginia

/s/ Ivan D. Davis
Ivan D. Davis
United States Magistrate Judge