# THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| UBIQUITI INC., <br><br> Plaintiff, <br><br> v. <br><br> BRIAN KREBS, <br><br> and <br><br> KREBS ON SECURITY, LLC, <br><br> Defendants. | Civil Action No. 1:22cv00352 <br> (RDA / IDD) |

## ORDER

Upon consideration of Defendants Brian Krebs and Krebs on Security, LLC's Consent Motion to Enlarge Time for Filing Responsive Pleadings and the Court finding good cause to grant the Motion, it is hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED that Defendants Brian Krebs and Krebs on Security, LLC shall respond to the Complaint on or before August 3, 2022.

_____
U.S. District Judge Rossie D. Alston, Jr.