THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| UBIQUITI INC., <br><br> Plaintiff, <br><br> v. <br><br> BRIAN KREBS, <br><br> and <br><br> KREBS ON SECURITY, LLC, <br><br> Defendants. | Civil Action No. 1:22-cv-00352 (RDA/IDD) |

## ORDER

This matter is before the Court on Defendants Brian Krebs and Krebs on Security, LLC's Consent Motion to Enlarge Time for Filing Responsive Pleadings ("Motion") [Dkt. No. 17]. Upon consideration of the Motion and for good cause shown, it is hereby

ORDERED that the Motion is **GRANTED**; and it is further

ORDERED that Defendants Brian Krebs and Krebs on Security, LLC shall respond to the Complaint on or before August 3, 2022.

It is SO ORDERED this 25th day of July, 2022.

/s/ Ivan D. Davis
Ivan D. Davis
United States Magistrate Judge

Alexandria, Virginia