# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| UBIQUITI, INC., | ) |
|     *Plaintiff*, | ) |
| v. | ) Civil Action No. 1:22-CV-00352-RDA-IDD |
| BRIAN KREBS and KREBS ON SECURITY, LLC, | ) |
|     *Defendants*. | ) |

## DEFENDANTS' UNOPPOSED MOTION TO EXTEND TIME

Pursuant to Local Rule 7, Defendants Krebs on Security, LLC and Brian Krebs ("Defendants"), by and through undersigned counsel, move for an extension of time to respond to Plaintiff's Complaint, the response to which is currently due on August 3, 2022.

Plaintiff and Defendants have executed a term sheet for resolving this dispute and are in the process of finalizing their settlement agreement that will dispose of the litigation. They expect this process to be completed over the next couple of weeks. The process has taken longer than expected due to summer plans and other client demands. Under the circumstances, to avoid unnecessary work for the parties and the court as well as unnecessary litigation expenses, and to avoid having to seek another extension if the process again takes longer than anticipated, good cause exists for an extension until September 2, 2022 for Defendants to respond to the Complaint. Neither side will be prejudiced by the requested extension.

Defendants' counsel has conferred with Plaintiff's counsel who indicated that Plaintiff does not oppose Defendants' request for an extension until September 2, 2022 for Defendants to respond to the Complaint.

Accordingly, Defendants respectfully request that they be given until and including September 2, 2022 to respond to the Complaint in this case.

## NOTICE OF WAIVER OF ORAL ARGUMENT

Defendants waive oral argument with regard to this Unopposed Motion to Extend Time.

Dated: August 3, 2022                  Respectfully Submitted,

*/s/ David S. Wachen*
David S. Wachen (VSB No. 96363)
Wachen LLC
11605 Montague Court
Potomac, MD 20854
Telephone: 240.292.9121
Fax: 301-259-3846
david@wachenlaw.com

Marc J. Randazza (*Pro Hac Vice*)
Randazza Legal Group, PLLC
30 Western Avenue
Gloucester, MA 01930
Telephone: 978.801.1776
ecf@randazza.com

Jay M. Wolman (*Pro Hac Vice*)
Randazza Legal Group, PLLC
100 Pearl Street, 14th Floor
Hartford, CT 06103
Telephone: 978.801.1776
ecf@randazza.com

Attorneys for Defendants
Krebs On Security, LLC and
Brian Krebs

Civil Action No. 1:22-CV-00352-RDA-IDD

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this 3rd day of August, 2022, I caused a copy of the foregoing to be filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

*/s/ David S. Wachen*
David S. Wachen (VSB No. 96363)