# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| UBIQUITY, INC., | )<br>)<br>) |
| *Plaintiff*, | )<br>) |
| v. | ) Civil Action No. 1:22-cv-00352-RDA-IDD |
| | ) |
| BRIAN KREBS and KREBS ON SECURITY, LLC, | )<br>)<br>) |
| *Defendants*. | ) |

## ORDER

This matter is before the Court on Defendants' Unopposed Motion to Extend Time ("Motion") [Dkt. No. 19]. Upon consideration of the Motion and for good cause shown, it is hereby

ORDERED that the Motion is **GRANTED**; and it is further

ORDERED that Defendants shall respond to the Complaint on or before September 2, 2022. It is further

ORDERED that no further extensions will be granted absent extraordinary circumstances.

It is SO ORDERED this 3rd day of August, 2022.

Alexandria, Virginia

/s/ Ivan D. Davis
Ivan D. Davis
United States Magistrate Judge