# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| UBIQUITI, INC., | ) |
| *Plaintiff*, | ) ) ) |
| v. | ) Civil Action No. 1:22-CV-00352-RDA-IDD |
| BRIAN KREBS and KREBS ON SECURITY, LLC, | ) ) ) ) |
| *Defendants*. | ) |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Ubiquiti Inc. and Defendants Brian Krebs and Krebs on Security, LLC, through undersigned counsel, stipulate and agree that the above-captioned action, including all claims and defenses asserted therein, is hereby dismissed with prejudice. Each party will bear its own costs, expenses, and attorneys' fees, and waives all rights of appeal regarding any claims in the above-captioned action.

Dated: September 1, 2022

*/s/ David S. Wachen*
David S. Wachen (VSB #96363)
Wachen LLC
11605 Montague Court
Potomac, MD 20854
Telephone: 240.292.9121
david@wachenlaw.com

Marc J. Randazza (*Pro Hac Vice*)
Jay M. Wolman (*Pro Hac Vice*)
Randazza Legal Group, PLLC
30 Western Avenue
Gloucester, MA 01930
Telephone: 978.801.1776
ecf@randazza.com

*Attorneys for Defendants*

*/s/Daniel P. Watkins*
Thomas A. Clare, P.C. (VSB #39299)
Daniel P. Watkins (VSB #84592)
CLARE LOCKE LLP
10 Prince Street
Alexandria, VA 23314
Telephone: (202) 623-7400
Email: tom@clarelocke.com
Email: daniel@clarelocke.com

*Attorneys for Plaintiff*

Civil Action No. 1:22-CV-00352

## CERTIFICATE OF SERVICE

I hereby certify that, on this 1st day of September, 2022, I caused a copy of the foregoing to be filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicted on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

*/s/ David S. Wachen*
David S. Wachen (VSB #96363)